OLDHAM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | Criminal No. 24-20144-TLP _____ |
| **Plaintiff,** ) | |
| ) | 18 U.S.C. § 2 |
| v. ) | 18 U.S.C. § 371 |
| ) | 18 U.S.C. § 922(a)(1)(A) |
| **KRISTIAN IGLESIAS** a/k/a "Skrappy", ) | 18 U.S.C. § 922(g)(1) |
| **STEPHEN UNDERWOOD** ) | 21 U.S.C. § 841(a)(1) |
| a/k/a "Pistolero Man" ) | 26 U.S.C. § 5812 |
| **RIGOBERTO CAMACHO-ARREDONDO** ) | 26 U.S.C. § 5861(e) |
| a/ka "Malo" a/k/a "Maloso" ) | 26 U.S.C. § 5871 |
| ) | |
| **Defendants.** ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning at a time unknown to the Grand Jury, but from at least on or about January 1, 2019, and continuing to on or about September 8, 2022, in the Western District of Tennessee, the defendants,

**STEPHEN UNDERWOOD**
a/k/a "Pistolero Man"
and
**KRISTIAN IGLESIAS** a/k/a "Skrappy"

knowingly and intentionally conspired and agreed together and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, namely to engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and one or more of the defendants committed an overt act to effect the object of the conspiracy, namely the sale of firearms alleged in

Counts 2-4 and 5-8 of the indictment, which are incorporated by reference, all of which constitutes a violation of Title 18, United States Code, Section 371.

## COUNTS 2-4

Between on or about May 20, 2022, and on or about August 9, 2022, in the Western District of Tennessee, the defendants,

**STEPHEN UNDERWOOD**
**a/k/a "Pistolero Man"**
**and**
**KRISTIAN IGLESIAS a/k/a "Skrappy"**

being aided and abetted, each by the other, and each not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely a:

| Count | Firearm Description |
|---|---|
| 2 | SIG Sauer, Model P365, 9mm (9x19mm) caliber pistol |
| 3 | Taurus International (Taurus), Model 605 Protector Poly, .357 (.357 Smith & Wesson Magnum) caliber revolver |
| 4 | Stoeger, Model STR-9C, 9mm (9x19mm) caliber pistol. |

in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 5-8

Between on or about August 10, 2022, and on or about August 18, 2022, in the Western District of Tennessee, the defendants,

**STEPHEN UNDERWOOD**
**a/k/a "Pistolero Man"**
**and**
**KRISTIAN IGLESIAS a/k/a "Skrappy"**

being aided and abetted, each by the other, and each not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely a

2

| Counts | Firearm Description |
|---|---|
| 5 | Sunbeam Precision Products Ltd., Model X12PT, 12 gauge (18.5x59mm) shotgun |
| 6 | Para USA, Inc., Model: Expert, .45 ACP (.45 Automatic Colt Pistol) caliber pistol |
| 7 | Taurus International (Taurus), Model: Judge Tracker, .45LC/.410 bore (.45 Long Colt/.410 shotshell) |
| 8 | Radical Firearms, LLC, Model: RF-15, .300 AAC (7.62x35mm) caliber rifle |

in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 9

Between on or about August 10, 2022, and on or about August 18, 2022, in the Western District of Tennessee, the defendants,

**STEPHEN UNDERWOOD**
**a/k/a "Pistolero Man"**
**and**
**KRISTIAN IGLESIAS a/k/a "Skrappy"**

being aided and abetted, each by the other, knowingly and unlawfully transferred a firearm, that is a Radical Firearms, LLC, Model: RF-15, .300 AAC (7.62x35mm) caliber rifle, modified to have a barrel less than 16 inches in length, to another individual, in violation of Title 26, United States Code, Sections 5812, 5861(e), and 5871 and Title 18, United States Code, Section 2.

## COUNTS 10-15

Between on or about August 20, 2022, and on or about August 24, 2022, in the Western District of Tennessee, the defendant,

3

**STEPHEN UNDERWOOD**
a/k/a "Pistolero Man"

not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely a

| Counts | Firearm Description |
|---|---|
| 10 | Taurus International (Taurus), Model: PT111 G2A, 9mm (9x19mm) caliber pistol, serial number ADH613110 |
| 11 | Taurus International (Taurus), Model: PT111 G2A, 9mm (9x19mm) caliber pistol |
| 12 | Canik, Model: TP9SFx, 9mm (9x19mm) caliber pistol |
| 13 | Canik, Model: TP9 Elite SC, 9mm (9x19mm) caliber pistol |
| 14 | SCCY (Skyy Industries), Model: CPX-1, 9mm (9x19mm) caliber pistol |
| 15 | Sunbeam Precision Products Ltd., Model: X12PT, 12 gauge (18.5x59mm) shotgun |

in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNTS 16-18

Between on or about August 26, 2022, and on or about August 30, 2022, in the Western District of Tennessee, the defendant,

**STEPHEN UNDERWOOD**
a/k/a "Pistolero Man"

not being a licensed dealer, did willfully engage in the business of dealing in firearms, namely

| Counts | Firearm Description |
|---|---|
| 16 | American Tactical Imports (ATI), Model: Omni Hybrid, 5.56 (5.56x45mm NATO) caliber pistol |

4

| 17 | Tisas (Trabzon Gun Industry Corp), Model: 1911A1 Service, .45 ACP (.45 Automatic Colt Pistol) caliber pistol |
|----|---|
| 18 | SCCY (Skyy Industries), Model: CPX-2, 9mm (9x19mm) caliber pistol |

in violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT 19

Between on or about August 24, 2022, and on or about August 26, 2022, in the Western District of Tennessee, the defendants

**KRISTIAN IGLESIAS a/k/a "Skrappy"
and
RIGOBERTO CAMACHO-ARRENDONDO**

being aided and abetted, each by the other, did unlawfully, knowingly, and intentionally distribute over 50 grams of methamphetamine, a schedule II-controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNTS 20-21

On or about September 8, 2022, in the Western District of Tennessee, the defendant,

**KRISTIAN IGLESIAS a/k/a "Skrappy"**

after having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that fact, knowingly possessed a firearm, that being

5

| Counts | Firearm Description |
|--------|---------------------|
| 20 | Remington Arms Company, Inc. (Remington), Model: 552 Speedmaster, .22LR (.22 Long Rifle/5.6×15mmR) caliber rifle |
| 21 | Tanfoglio, Model: GT27, .25 ACP (.25 Automatic Colt pistol/ 6.35×16mmSR) caliber pistol |

and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
F O R E P E R S O N

DATED:  August 13, 2024

_____
KEVIN G. RITZ
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

6